IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOHN WAHRMUND d/b/a<br>WAHRMUND FARMS | PLAINTIFF |
| v. Case No. 4:16-cv-00137-KGB | |
| TERRY BUSCHMAN, RYAN BUSCHMAN, and<br>CATTLE CONNECTIONS, LLC | DEFENDANTS |
| AND | |
| TERRY BUSCHMAN; and<br>RYAN BUSCHMAN | COUNTER-CLAIMANTS |
| v. | |
| JOHN WAHRMUND d/b/a<br>WAHRMUND FARMS | COUNTER-DEFENDANT |
| CATTLE CONNECTIONS, LLC | CROSS-DEFENDANT |

## ORDER

This matter is currently set for trial on April 2, 2018. On the Court's own motion, the Court removes this case from the trial calendar. The Court will set a new trial date by separate Order.

So ordered this the 12th day of March, 2018.

Kristine G. Baker
United States District Judge