# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| JOHN WAHRMUND d/b/a<br>WAHRMUND FARMS | PLAINTIFF |
| v. Case No. 4:16-cv-00137-KGB | |
| TERRY BUSCHMAN, RYAN BUSCHMAN, and<br>CATTLE CONNECTIONS, LLC | DEFENDANTS |
| AND | |
| TERRY BUSCHMAN; and<br>RYAN BUSCHMAN | COUNTER-CLAIMANTS |
| v. | |
| JOHN WAHRMUND d/b/a<br>WAHRMUND FARMS | COUNTER-DEFENDANT |
| CATTLE CONNECTIONS, LLC | CROSS-DEFENDANT |

## ORDER

This matter came for trial before the Court on Monday, June 24, 2019. Plaintiff/counter-defendant John Wahrmund d/b/a Wahrmund Farms ("Wahrmund") and defendant/counter-claimants Terry Buschman and Ryan Buschman (collectively the "Buschmans") appeared through their counsel and commenced the trial of this matter. For the reasons stated on the record during the trial of this matter, the Court denied, in part, and granted, in part, the Buschmans' objection to Wahrmund's use of applications for USDA flood benefits (Dkt. No. 75). The Court denies as moot Wahrmund's motion to declare witness unavailable (Dkt. No. 76) and denies as moot motion to strike improper deposition testimony designated by defendants (Dkt. No. 79). Also, for the reasons stated on the record during the trial of this matter, the Court granted the motion to quash subpoena served on government employee and excluded pursuant to Federal Rules of Evidence 401, 402,

and 403 the anticipated testimony of Robert Evans, Conway County Executive Director of the Farm Service Agency, U.S. Department of Agriculture (Dkt. No. 86).

So ordered this 27th day of June, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge