IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN WAHRMUND d/b/a
WAHRMUND FARMS                                                                PLAINTIFF

v.                          Case No. 4:16-cv-00137 KGB

TERRY BUSCHMAN, *et al.*                                                      DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 110). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, including all counterclaims, cross-claims, and third party claims that were brought or could have been brought. The Court denies as moot plaintiff's motion to enforce settlement agreement (Dkt. No. 105).

Further, the motion hearing in this matter is removed from this Court's calendar for Friday, November 22, 2019, at 1:30 p.m.

It is so ordered this 22nd day of November 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge